IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CEDRIC L. KIRBY,

    Plaintiff,

vs.                                      CASE NO. 5:08cv369/RS-MD

CHARLIE CRIST, et al,

    Defendants.

_____/

## ORDER

    Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). No objections have been filed.

**IT IS ORDERED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2.    Plaintiff's Motion For Voluntary Dismissal (Doc. 10) is granted, and this case is dismissed without prejudice.

3.    The clerk is directed to close the file.

**ORDERED** on April 20, 2009.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**